IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-203-D

| | |
|---|---|
| MELINDA S. POWELL, and <br> GREGORY SCOTT POWELL, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM MUTUAL <br> AUTOMOBILE INSURANCE COMPANY, <br><br> Defendant. | **ORDER** |

On March 28, 2015, plaintiffs filed a motion for summary judgment [D.E. 10], but did not file a supporting memorandum of law. Cf. Local Civil Rule 7.1(d). On April 8, 2015, defendant filed a motion for summary judgment [D.E. 15], a supporting memorandum of law [D.E. 16], and a response to plaintiffs' motion for summary judgment [D.E. 16].

The court has considered the entire record under the governing standard. See Fed. R. Civ. P. 56. Plaintiffs received all the money due under defendant's insurance policy. Accordingly, defendant's motion for summary judgment [D.E. 15] is GRANTED, and plaintiffs' motion for summary judgment [D.E. 10] is DENIED. The clerk shall close the case.

SO ORDERED. This 29 day of May 2015.

JAMES C. DEVER III
Chief United States District Judge