UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MELINDA S. POWELL, and ) | |
| GREGORY SCOTT POWELL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 7:14-CV-203-D |
| ) | |
| STATE FARM MUTUAL ) | |
| AUTOMOBILE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendant's motion for summary judgment [D.E. 15] is GRANTED, and plaintiffs' motion for summary judgment [D.E. 10] is DENIED. The clerk shall close the case.

**This Judgment Filed and Entered on May 29, 2015, and Copies To:**

| | |
|---|---|
| John Alan High | (via CM/ECF Notice of Electronic Filing) |
| Jeffrey B. Kuykendal | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE | **JULIE RICHARDS JOHNSTON, CLERK** |
| May 29, 2015 | By: /s/ Courtney O'Brien |
| | Deputy Clerk |